IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SALES COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-063 GMS |
| | ) |
| ASTRAZENECA AG; AKTIEBOLAGET | ) |
| HASSLE and ASTRAZENECA LP, | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey L. Kodroff, Theodore M. Lieverman and Eugene Spector, of Spector, Roseman & Kodroff, P.C., to represent plaintiff in this matter.

                                        _____
                                        Jeffrey S. Goddess, Movant (#630)
                                        Jessica Zeldin (#3558)
                                        Rosenthal, Monhait, Gross & Goddess, P.A.
                                        P. O. Box 1070
                                        Wilmington, DE  19899
                                        (302) 656-4433
                                        jgoddess@rmgglaw.com
                                          Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SALES COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-063 GMS |
| ) | |
| ASTRAZENECA AG; AKTIEBOLAGET ) | |
| HASSLE and ASTRAZENECA LP, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 2/7/06

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SALES COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-063 GMS |
| ) | |
| ASTRAZENECA AG; AKTIEBOLAGET ) | |
| HASSLE and ASTRAZENECA LP, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: Feb. 9, 2006

_____
Theodore M. Lieverman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SALES COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA AG; AKTIEBOLAGET )<br>HASSLE and ASTRAZENECA LP, )<br>)<br>Defendants. ) | C.A. No. 06-063 GMS |

### **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 2·7·06

Eugene Spector
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN SALES COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-063 GMS |
| | ) | |
| ASTRAZENECA AG; AKTIEBOLAGET HASSLE and ASTRAZENECA LP, | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jeffrey L. Kodroff, Theodore M. Lieverman and Eugene Spector is granted.

Date: _____            _____
                                 United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on February 9, 2006 I caused two copies of the MOTION AND ORDER FOR ADMISSION PRO HAC VICE to be served, via first class mail, upon the following:

>   Astrazeneca LP
>   c/o The Corporation Trust Company
>   1209 Orange Street
>   Wilmington, DE 19801

>   _____
>   Jeffrey S. Goddess (Del. Bar No. 630)
>   Rosenthal, Monhait, Gross
>    & Goddess, P.A.
>   Suite 1401, 919 Market Street
>   P. O. Box 1070
>   Wilmington, DE 19899-1070
>   (302) 656-4433
>   jgoddess@rmgglaw.com