# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 15, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

> Re:   *Meijer, et al. v. AstraZeneca Pharmaceuticals LP, et al.,*
>       C.A. No. 06-52 (GMS)
>       *American Sales Co. v. AstraZeneca AB, et al.,*
>       C.A. No. 06-63 (GMS)
>       *Rochester Drug Co-Op., Inc. v. AstraZeneca Pharmaceuticals, LP., et al.,*
>       C.A. No. 06-79 (GMS)

Dear Judge Sleet:

We write to advise the Court that the parties are filing today in each of the above related actions a proposed Case Management Order.  This Case Management Order addresses the three lawsuits filed by direct purchasers of the Toprol-XL product.  The Case Management Order contemplates, among other things, that direct purchaser plaintiffs will file a single consolidated amended class action complaint to which defendants will respond, and thus would suspend the current deadlines for the defendants to answer, move or otherwise respond to the individual direct purchaser class complaints.  (The parties are also separately filing stipulations in each of these actions extending the defendants' time to answer, move or otherwise respond to the individual direct purchaser class complaints in the event that the Court does not enter the proposed Case Management Order before the time to respond comes due.)

The Honorable Gregory M. Sleet
February 15, 2006
Page 2

        The parties are available at the Court's convenience should the Court have any questions or comments with respect to the proposed Case Management Order.

                                        Respectfully,

                                        *Jack Blumenfeld*

                                        Jack B. Blumenfeld (#1014)

JBB/ncf

cc:    Peter T. Dalleo, Clerk (By Hand)
       Jeffrey S. Goddess, Esquire (By Hand)
       Jessica Zeldin, Esquire (By Hand)
       Ronan P. Harty, Esquire (By Telecopy)