IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SALES COMPANY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA AB; AKTIEBOLAGET HASSLE; and ASTRAZENECA LP,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 06-63 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for each of the defendants AstraZeneca AB, Aktiebolaget Hassle, and AstraZeneca LP to answer, move, or otherwise respond to the Complaint in this action shall be extended through and including May 3, 2006.

This extension is requested because defendants' response to the Complaint in this action is currently due on Monday, April 3, 2006. The proposed Order that the parties filed on February 15, 2006 (and revised on March 30, 2006) contemplates that this action will be consolidated with the other direct purchaser actions and that the plaintiffs will file a Consolidated Amended Complaint. The defendants thus would be not be required to answer, move or otherwise respond to the Complaint in this action, but instead would respond solely to the Consolidated Amended Complaint. The parties request this extension of time in the event that defendants' response comes due before the Court enters an Order consolidating the cases.

| ROSENTHAL MONHAIT GROSS & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jeffrey S. Goddess* <br> Jeffrey S. Goddess (#630) <br> jgoddess@rmgglaw.com <br> Jessica Zeldin (#3558) <br> jzeldin@rmgglaw.com <br> 919 N. Market Street, Ste. 1401 <br> Wilmington, Delaware  19899 <br> (302) 656-4433 <br> Attorneys for plaintiffs | */s/ Karen Jacobs Louden* <br> Jack B. Blumenfeld (#1014) <br> Karen Jacobs Louden (#2881) <br> klouden@mnat.com <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, Delaware 19899 <br> (302) 658-9200 <br> Attorneys for defendants |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Gregory M. Sleet

506991